# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| NationsRent, Inc., et al.,[1] | Case Nos. 01-11628 through 01-11639 (PJW) |
| | Jointly Administered |
| Debtors. | Chapter 11 |
| NationsRent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee | |
| Plaintiff, | |
| v. | District Court Case Nos. (KAJ): |
| 3-D/Costal Oil Company | 04-CV-1033 |
| 4 Star Air Hydraulics & Ind. | 04-CV-1030 |
| Action Tire Company | 04-CV-1031 |
| ADA Resources Inc. | 04-CV-976 |
| Advanced Tire Inc. | 04-CV-713 |
| Ael Leasing Co., Inc. | 04-CV-767 |
| Agovino & Asselta, LLP | 04-CV-1035 |
| Airdyne Management Inc. | 04-CV-714 |
| Allen Oil Company of Sylacauga, Inc.[1](a) | 04-CV-801 |
| Alternators Unlimited Reb. | 04-CV-988 |
| A.O.K. Tire Mart II, Inc. | 04-CV-766 |
| Archie's Truck Service | 04-CV-1158 |
| Arrow Master, Inc. | 04-CV-1160 |
| ASAP Equipment Rental & Sales | 04-CV-716 |
| Authorized Equipment, Inc. | 04-CV-784 |

---

[1]     NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

[1](a) Caption is continued on following pages.

| | |
|---|---|
| Bay Counties Pitcock Petroleum Inc. | 04-CV-1060 |
| Black & Veatch Constr. | 04-CV-1039 |
| Blue Ribbon Tire Co., Inc. | 04-CV-721 |
| Bobcat Company | 04-CV-1026 |
| Bradenton Fuel Oil, Inc. | 04-CV-1037 |
| Burch-Lowe, Inc. | 04-CV-1076 |
| Carruth-Doggett Industries, Inc. | 04-CV-723 |
| C.G.& E. | 04-CV-802 |
| Central Tire | 04-CV-995 |
| Cintas Corp. #318, Cintas Corporation No. 2 | 04-CV-996 |
| CMD Group | 04-CV-726 |
| Coleman Engineering | 04-CV-1148 |
| Collision Pro | 04-CV-1149 |
| Columbus Equipment Company | 04-CV-998 |
| Columbus McKinnon Corp. | 04-CV-999 |
| Commercial Tire Inc. | 04-CV-806 |
| Construction Machinery, Inc. | 04-CV-1142 |
| Contractors Machinery Co. Inc. | 04-CV-795 |
| Corporate Express | 04-CV-1001 |
| Cowin Equipment Company, Inc. | 04-CV-728 |
| Creative Financial Staffing | 04-CV-1021 |
| Crosscheck, Inc. | 04-CV-732 |
| Cyrk, Inc. a/k/a Cyrk Acquisition | 04-CV-734 |
| Delta BCX Printing | 04-CV-1167 |
| Delta Formost Chemical Corporation | 04-CV-1170 |
| Diamant Boart Inc. | 04-CV-1104 |
| Diamond Hydraulics | 04-CV-1106 |
| Diamond J. Transport, Inc. | 04-CV-787 |

| | |
|---|---|
| Diversified Credit Service | 04-CV-1096 |
| Don's Tire Service, Inc. | 04-CV-1106 |
| Dorris Cleaning | 04-CV-1111 |
| Doskocil Industries, Inc. | 04-CV-1150 |
| Dossey Holdings, Inc. | 04-CV-1155 |
| Double A | 04-CV-1153 |
| Douglass Distributing | 04-CV-1114 |
| Dutchess Forging | 04-CV-1117 |
| Ebusiness Technology partners, Inc., f/k/a PSR Professional Staffing, Inc. | 04-CV-747 |
| Ed Hart | 04-CV-975 |
| EJ Reynolds, Inc. | 04-CV-722 |
| Equipment Development Co., Inc. | 04-CV-1128 |
| Equiptechs, Inc. | 04-CV-789 |
| Falcon Power | 04-CV-1130 |
| Fischer Group | 04-CV-1141 |
| FL Hydraulic Machinery | 04-CV-725 |
| Fleetwing Corp. | 04-CV-1151 |
| Fluid Tech Hydraulics, Inc. | 04-CV-1154 |
| GCR Pensacola Truck Tire Ctr. | 04-CV-730 |
| Gene Jackson Tire Co. | 04-CV-1049 |
| GFC Leasing | 04-CV-1051 |
| GMR Marketing LLC | 04-CV-731 |
| Goodyear Commercial Tire & Service Center | 04-CV-733 |
| GSR Construction, Inc. | 04-CV-768 |
| Gullo Ford Mercury | 04-CV-769 |
| Harbor Graphics Corporation | 04-CV-1007 |
| Harte-Hanks | 04-CV-739 |

| | |
|---|---|
| Hick's Petroleum Distributors, Inc. | 04-CV-770 |
| Hindley Electronics, Inc. | 04-CV-1013 |
| Holt Equipment Company Co., LLC | 04-CV-772 |
| Hunt & Sons | 04-CV-1019 |
| Husqvarna Forest & Garden | 04-CV-1176 |
| ID Technologies, Inc. | 04-CV-1043 |
| Igloo Products Corp. | 04-CV-1042 |
| Illuminating Company | 04-CV-1070 |
| Industrial Hydraulics | 04-CV-1075 |
| Ingram Trucking LLC | 04-CV-744 |
| BBF, Ltd | 04-CV-800 |
| JAM Distributing Company | 04-CV-1123 |
| J&B Auto Supply, Inc. | 04-CV-1162 |
| Jeff Falkanger & Associates | 04-CV-1184 |
| Jimmy's Garage | 04-CV-1080 |
| Joe Jeter Sales | 04-CV-981 |
| John Ray and Sons Inc. | 04-CV-774 |
| Kent Demolition Tools | 04-CV-987 |
| Keson Industries Inc. | 04-CV-1116 |
| Kforce.com Inc. | 04-CV-745 |
| L&P Financial Services | 04-CV-1165 |
| Laclede Chain Mfg. Co. | 04-CV-1086 |
| Land & Sea Petroleum, Inc. | 04-CV-993 |
| Lionudakis Wood & Green Waste | 04-CV-1091 |
| Little Beaver, Inc. | 04-CV-997 |
| Lockhart Tire | 04-CV-1062 |
| M & D Distributors | 04-CV-1172 |
| M.P. Brine Inc. | 04-CV-783 |

| | |
|---|---|
| Maxim Group | 04-CV-757 |
| Maxout Sourcing Services | 04-CV-758 |
| Metso Minerals Industries, Inc. | 04-CV-1011 |
| Miller Bros Giant Tire Service-Jacksonville, Inc. | 04-CV-1178 |
| The Miller Spreader Co. | 04-CV-1008 |
| Mission Critical System, Inc. | 04-CV-1014 |
| Mobile Products, Inc. | 04-CV-1186 |
| Mobile Storage Group, Inc. | 04-CV-1028 |
| Morgan Auto Supply Co. | 04-CV-1191 |
| Morgan Guaranty Trust Company of New York | 04-CV-1192 |
| Morgan Marshall Industries Inc. | 04-CV-763 |
| Multiquip Inc. | 04-CV-1025 |
| Mutual Industries | 04-CV-737 |
| Naab Consulting Corp. | 04-CV-1027 |
| Nabors Radiator & Electric | 04-CV-738 |
| NACM | 04-CV-1067 |
| NAPA Auto Parts, National Automotive Parts Association | 04-CV-1041 |
| Napa Auto Parts of Franklin | 04-CV-1073 |
| Nashville Tractor & Equip. Inc. formally known as Nashville Ford Tractor | 04-CV-1063 |
| Neff Rental Inc. | 04-CV-785 |
| Nickey Petroleum Co. Inc. | 04-CV-1085 |
| Nortrax Equipment Co. SE, LLC | 04-CV-1045 |
| Nortrax Equipment Co. South LA | 04-CV-1044 |
| Nortrax NE LLC | 04-CV-1064 |
| NSTAR Electric & Gas Corporation | 04-CV-1066 |
| Office Management Systems Inc. | 04-CV-742 |
| Olsen Tire | 04-CV-792 |

| | |
|---|---|
| Original Equipment Replacement Parts, Inc. | 04-CV-777 |
| Orlando Industrial Contractors | 04-CV-776 |
| OTR Tire & Supply Co. | 04-CV-1088 |
| Overland Machinery Co. | 04-CV-1089 |
| Pacific Century LSG #449 | 04-CV-1074 |
| Palmer Distributing & Sales | 04-CV-1055 |
| Parkway Truck Sales, Inc. | 04-CV-781 |
| Partner Industrial Products | 04-CV-1047 |
| Parts Associates | 04-CV-1056 |
| Penick, Parr & Associates | 04-CV-1092 |
| Peterson Tire Inc. | 04-CV-1061 |
| Pipeline Supply & Service | 04-CV-1098 |
| Pratt & Whitney Canada, Inc. | 04-CV-786 |
| Pro Chem Cleaning | 04-CV-1108 |
| Progressive Tractor Corp. | 04-CV-791 |
| Promotion Solution Inc. | 04-CV-790 |
| Quick Corner CITGO | 04-CV-1119 |
| Reeder Distributors Inc. | 04-CV-749 |
| Relizon | 04-CV-750 |
| Rentlink Inc. | 04-CV-1054 |
| Rhode Island Tire Co. Inc. | 04-CV-1032 |
| Rish Equipment Company | 04-CV-796 |
| Robertson Fleet Service Inc. | 04-CV-1029 |
| S&D Tire Inc. | 04-CV-1134 |
| Saber Fleet Services, Inc. d/b/a Weiland Tire Service | 04-CV-753 |
| Sanford Auto & Truck Parts | 04-CV-1140 |
| Scotty's Oil Company, Inc. | 04-CV-755 |
| Sellers Petroleum Products Inc. | 04-CV-1109 |

| | |
|---|---|
| Sensormatic Electronics Corp. | 04-CV-1169 |
| Services & Materials, Co. | 04-CV-1171 |
| Sherwin-Williams | 04-CV-754 |
| SB Power Tool Corp. | 04-CV-1174 |
| Soco Group | 04-CV-1159 |
| Son Coast, Hauling, CCC | 04-CV-1077 |
| Southeastern Crane | 04-CV-799 |
| Southern Energy Company | 04-CV-1084 |
| Southern Linc | 04-CV-1093 |
| Spectra Precision d/b/a Richard B. Trimble | 04-CV-1094 |
| Speedway New Holland | 04-CV-1100 |
| Staffing Master.com | 04-CV-1113 |
| Star Tire Company Inc. | 04-CV-1050 |
| Sterling Truck of Utah | 04-CV-1102 |
| Stihl Inc. National Accounts | 04-CV-1180 |
| Stone Construction Equipment Inc. | 04-CV-1183 |
| Sullivan Palatek Inc. | 04-CV-1052 |
| Sun Coast Resources Inc. | 04-CV-1188 |
| Tacony Corporation | 04-CV-808 |
| Terex Aerials, Inc. d/b/a Terex Cranes | 04-CV-973 |
| Texana Machinery Corp. | 04-CV-805 |
| Tex Con Oil Company | 04-CV-1120 |
| Tioga Inc. | 04-CV-1129 |
| TIP Dept 0501 | 04-CV-1131 |
| Tire Centers LLC | 04-CV-1133 |
| TMP Worldwide Inc. also known as Monster Worldwide, Inc. | 04-CV-986 |
| Triton Transport Inc | 04-CV-1196 |
| Truck Lease Corp. | 04-CV-1198 |

| | |
|---|---|
| Truck PM Corporation | 04-CV-1002 |
| Tsurumi (America) Inc. | 04-CV-1005 |
| Tullo Truck Stop | 04-CV-1138 |
| Unifirst Corp. | 04-CV-1139 |
| Uniontools, Inc. | 04-CV-1009 |
| US Imaging Solutions | 04-CV-1012 |
| US Market Inc. | 04-CV-740 |
| Valley Rubber & Gasket | 04-CV-1144 |
| Valley Tire Co., Inc. | 04-CV-1194 |
| The Valvoline Company | 04-CV-759 |
| Vector Security Inc | 04-CV-1197 |
| Vermeer Equipment of Texas Inc. | 04-CV-1166 |
| Vermeer Manufacturing Company | 04-CV-1016 |
| Vermeer Northeast | 04-CV-1175 |
| Vermeer of Tennessee, Inc. | 04-CV-1071 |
| Vermeer Sales & Service of Colorado, Inc. | 04-CV-1112 |
| Vermeer Sales and Service of Southern Ohio, Inc. | 04-CV-1107 |
| Vermeer Sales of Texas Inc. | 04-CV-1189 |
| Vickers & Asso, Inc. | 04-CV-1079 |
| Vic's Tire Service | 04-CV-804 |
| Viking Oil | 04-CV-1081 |
| Voltech Company | 04-CV-1087 |
| Wayne Miller's Mobile Tire Inc. | 04-CV-1179 |
| Randy Wendel | 04-CV-1185 |
| Worcester Truck Body Co., Inc. | 04-CV-1168 |
| World Wide Welding & Press Inc. | 04-CV-1103 |

Defendants.

**AFFIDAVIT OF SERVICE REGARDING ORDER: (I) SETTING
PROCEDURES TO FACILITATE SETTLEMENT OF THE ABOVE-
CAPTIONED ADVERSARY PROCEEDINGS, AND (II) SETTING OCTOBER
11, 2005 AT 10:00 A.M. AS A STATUS/SCHEDULING CONFERENCE DATE
IN THE ABOVE-CAPTIONED ADVERSARY PROCEEDINGS**

STATE OF NEW JERSEY     §
                        §     SS:
ESSEX COUNTY            §

Terry A. Kelly, of full age, certifies:

1.      I am a legal secretary, employed by the law firm of Lowenstein Sandler, PC,

counsel to the NationsRent Unsecured Creditor Liquidating Trust, Perry Mandarino, Not

Personally, But As Trustee.

2.      On May 31, 2005, I served true and correct copies of the Order: (I) Setting

Procedures to Facilitate Settlement of the Above-Captioned Adversary Proceedings, and (II)

Setting October 11, 2005 at 10:00 a.m. as a Status/Scheduling Conference Date in the Above-

Captioned Adversary Proceedings by mailing the documents to the persons and addresses

identified on the service list annexed hereto by regular first class mail.

3.      I certify the aforementioned statements made by me are true. If any of the

aforementioned statements are willfully false, I understand that I am subject to punishment.

Dated: June 2, 2005

_____
Terry A. Kelly

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County
aforesaid, on the day and year aforesaid

_____
Notary Public

JOANNE CONTI
A Notary Public of New Jersey
My Commission Expires March 13, 20 08

-9-

| Re | Name |
|----|------|
| 3-D/Coastal Oil Company | Jeff Wasserman, Esq.<br>Ciconte, Roseman and Wasserman<br>1300 King Street<br>Wilmington DE  19801 |
| 4 Star Air Hydraulics & Ind. | Jeff Wasserman, Esq.<br>Ciconte, Roseman and Wasserman<br>1300 King Street<br>Wilmington DE  19801 |
| A&H Hose and Fitting | Ed Hart pro se<br>7465 St. Route 366, Suite D<br>Huntsville, Ohio  43324 |
| A.O.K. Tire Mart II, Inc. | Jeff Wasserman, Esq.<br>Ciconte, Roseman and Wasserman<br>1300 King Street<br>Wilmington DE  19801 |
| Action Tire Company | Mr. Ricky Stewart, President /Chief Executive Officer<br>410 Lee's Mill Road<br>Forest Park, GA  30297 |
| ADA Resources | Rebecca Beste, Esq.<br>Potter Anderson<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington DE  19899-0951 |
| Advanced Tire | Steven M. Ott, Esq.<br>55 Public Square, Suite 1008<br>Cleveland, Ohio  44113 |
| Ael Leasing Co., Inc. | William G. Wright, Esq.<br>Farr, Burke, Gambacorta & Wright<br>211 Benigno Blvd., Suite 201<br>Bellmawr, NJ  08031 |
| Agovino & Asselta, LLP | David Loglesse<br>170 Old Country Road, Suite 608<br>Mineola, NY  11501 |

| | |
|---|---|
| Airdyne | Kathleen J. Campbell, Esq.<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801 |
| Allen Oil Company of Sylacauga, Inc. | Mark Owsley, Esq.<br>P.O. Box 6105<br>Talladega, Alabama 35161 |
| Alternators Unlimited Reb. | Joyce Lindauer<br>12900 Preston Road, Suite 1050<br>Dallas, TX 75320 |
| American Hydraulics | Jeff Wasserman, Esq.<br>Ciconte, Roseman and Wasserman<br>1300 King Street<br>Wilmington DE 19801 |
| Archie's Truck | Attention: Stephen Paradis, President/CEO<br>180 Alabama Road<br>Tewksbury, MA 01876 |
| Archie's Truck | Attn: Stephen Parad, Presid/CEO<br>5 Villa St.<br>Chelsea, MA 02150 |
| Arrow Master | Jeffrey Philip Wasserman, Esq.<br>Ciconte, Roseman & Wasserman<br>1300 King Street<br>Wilmington, DE 19801 |
| ASAP Rental | Judy Jones, Esq.<br>Cross & Simon LLC<br>913 N. Market Street, Suite 1001<br>PO Box 1380<br>Wilmington, DE 19899 |
| Authorized Equipment, Inc. | Jonathon Pledger, Esq.<br>The Beasley Law Group<br>5205 Maryland Way, Suite 320<br>Brentwood, TN 37027 |
| Bay Counties Pitcock Petroleum | Attn: Aubrey Dl Pitcock, Registered Agent<br>220 Hookston, Road<br>Pleasant Hill, CA 94523 |

| | |
|---|---|
| BBF Printing Solutions, Inc. | Attn: Mr. Joe Baker, Chief Executive Officer/President (or other Executive Officer)<br>10950 Belcher Rd.<br>Largo, Fla. 33777 |
| Black & Veatch Constr., Inc. | Attn: Carol Clark, General Counsel<br>11401 Lamar Avenue,<br>Overland Park, Kansas 66211 |
| Blue Ribbon Tire | Attn: Clarence Bergman, President/CEO (or other Executive Office)<br>1446 N 24th Ave.<br>Phoenix, AZ 85009 |
| Bradenton Fuel Oil, Inc. | Sally Baumgartne, Registered Agent<br>3215 3rd Street<br>West Bradenton, F 33505 |
| Bradenton Fuel Oil, Inc. | Attn: Karen Baldw, CEO/President (or other Executive Officer)<br>6116 21st Street<br>East Bradenton, FL 34203 |
| Burch-Lowe, Inc. | Attn: President/Chief Executive Officer<br>5710 Riverview Road<br>Mableton, GA 30059 |
| Burch-Lowe, Inc. | Attn: The Corporation Company, Registered Agent<br>2000 Interstate Park Drive, Suite 2<br>Montgomery, AL 36100 |
| C.G. & E. | Eric French<br>139 E. Fourth Street, 25 Atrium II<br>Cincinnati, OH 45202 |
| Carruth-Doggett | Cokinos, Bosien & Young<br>Attn: Craig Powe, Esq.<br>2919 Allen Parkway, Suite 1500<br>Houston, Texas 77019 |
| Central Tire | Robert C. Meyer<br>2223 Coral Way<br>Miami, FL 33145 |
| Cintas Corp. | Jason Stitt, Esq.<br>Keating, Muething & Klekamp, P.L.L.<br>1400 Provident Tower<br>One East Fourth Street |

| | |
|---|---|
| | Cincinnati, OH  45202 |
| Reed Construction Data | Attention: Mr. Curtis Allen - President / Chief Executive Officer or other Executive Office<br>30 Technology Parkway South, Suite 100<br>Norcross, GA  30092 |
| CMD Group | Mr. Arol R. Wolford - President / Chief Executive Officer - CMD Group, or other Executive Officer<br>P.O. Box 2241<br>Carol Stream, IL 60116 |
| Terex Light Construction Company (Coleman Engineering, Inc. Division) | Attn: Mr. Steve Hueser, CEO/President (or Other Executive Officer)<br>590 Huey Road<br>Rock Hill, South Carolina  29730 |
| Collision Pro | Jeffrey Philip Wasserman, Esq.<br>Ciconte, Roseman & Wasserman<br>1300 King Street<br>Wilmington, DE  19801 |
| Columbus Equipment Company | Rachel B. Mersky, Esquire<br>Monzack and Monaco, P.A.<br>1201 North Orange Street, Suite 400<br>Wilmington, DE  19801 |
| Columbus McKinnon | Attn: Timothy T. Tevens, President and Chief Executive Officer (or other Executive Officer)<br>140 John James Audubon Parkway<br>Amherst, NY 14228 |
| Commercial Tire, Inc. | Attn: Jody Shilling, President/CEO (or Other Executive Officer)<br>2595 Southwest Railroad Ave.<br>Hammond, LA 70403 |
| Commercial Tire, Inc. | Attn: Gerald West<br>13950 Plank Road<br>Baker, LA  70714 |
| Construction Machinery, Inc. | Cook Inlet Region, Inc. (CIRI)<br>Attn: Lisa Rieger, General Counsel<br>2525 "C" Street, Suite 500<br>Anchorage Alaska  99509-3330 |
| Contractors Machinery Co., Inc. | Robert Matz, Chairman<br>M-L Holdings Company<br>4601 Washington Blvd.<br>Baltimore, Md.  21227 |

| | |
|---|---|
| Corporate Express | Saegre & Benson<br>Attn: Darrell Daley, Esq.<br>1900 15th Street<br>Boulder Colorado  80302 |
| Cowin Equipment Co., Inc. | John Frawley, Esq.<br>P.O. Box 101493<br>Irondale, Alabama  35210 |
| Creative Financial Staffing | Sam O. Simmerman, Esq.<br>Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A.<br>4775 Munson St., N.W.<br>P.O. Box 36963<br>Canton, OH  44735-6963 |
| Crosscheck | Reed Smith LLP<br>Attn: Tom Francella, Esq.<br>1201 Market Street, Suite 1500<br>Wilmington, DE  19801 |
| Cyrk, Inc. a/k/a Cyrk Acquisition | Mike Weinsier, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, New York  10004 |
| Cyrk, Inc. a/k/a Cyrk Acquisition | Jeff Margolin, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, New York  10004 |
| Delta BCX Printing | Attn: Rick Nettina - President / CEO<br>4519 Taylor Street<br>Hollywood, FL  33021-6627 |
| Delta Formost Chemical | Attn: Mr. Ronald Cooper - President / CEO (or Other<br>Executive Officer)<br>3915 Air Park St.<br>Memphis, TN  38118 |
| Diamant Boart | G. Christopher Meyer, Esq.<br>Squire Sanders & Dempsey L.L.P.<br>4900 Key Tower, 127 Public Sq.<br>Cleveland, OH  44114-1304 |
| Diamond Hydraulics | Stephen J. Schechter<br>League City, Texas<br>6776 FM 2004<br>Hitchcock, TX 77563 |

| | |
|---|---|
| Diamond J. Transport, Inc. | Barry Gindlesburger, Esq.<br>2054 Ridge Road<br>Jeanette, PA 15644 |
| Diversified Credit Service | Attn: A.M. Barille<br>P.O. Box 21726<br>Cleveland, Ohio 44121 |
| Don's Tire Service, Inc. | Warren Benner (pro se)<br>4145 Whidden Blvd., Suites 5 and 6<br>Charlotte, FL 33980 |
| Dorris Cleaning | Bobby Dorris<br>d/b/a Dorris Cleaning<br>598 West College St.<br>Greenbrier, TN 37073 |
| Doskocil Industries, Inc. | Shaked & Posner<br>Attn: Dan Shaked, Esq.<br>225 W. 34th Street, Suite 110<br>New York, NY 10122 |
| Dossey Holdings, Inc. | Les Shayo, Esq.<br>8383 Wilshire, Suite 510<br>Beverly Hills, CA 90211 |
| Double A | Brett Fallon, Esq.<br>Morris, James, Hitchens & Williams<br>222 Delaware Ave., 10th Floor<br>Wilmington, DE 19801 |
| Douglass Distributing | Jeff Wasserman, Esq.<br>Ciconte, Roseman and Wasserman<br>1300 King Street<br>Wilmington DE 19801 |
| Dutchess Forging | Attn: Steven Russ, President / CEO (or Other Executive Officer)<br>31 Carleton Ave.<br>Mt. Vernon, NY 10550-4617 |
| Metso Minerals, Inc., f/k/a Dynapac | David J. Turiciano, Esq.<br>Cook & Franke S.C.<br>660 East Mason Street<br>Milwaukee, WI 53202-3877 |
| Ebusiness Technology Partners, Inc., f/k/a PSR Professional Staffing, Inc. | LYONS, DOUGHTY & VELDHUIS<br>Attn: Hillary Veldhuis, Esq.<br>1148 Pulaski Highway, PMB 313<br>Bear, DE 19701 |

| | |
|---|---|
| EJ Reynolds | Brett Fallon, Esq.<br>Morris, James, Hitchens & Williams<br>222 Delaware Ave., 10th Floor<br>Wilmington, DE 19801 |
| Empite d/b/a Nortrax | William D. Sullivan, Esq.<br>The Nemours Building, Suite 1110<br>1007 N. Orange St.<br>Wilmington, DE 19899 |
| Equipment Development Company | Attn: President/Chief Executive Officer<br>100 Thomas Johnson Dr.<br>Frederick, MD 21702 |
| Equiptechs, Inc. | Attn: President/ Chief Executive Officer<br>1195 Broad St.<br>Providence RI 02905-2910 |
| Falcon Power, Inc. | Attn: President/ Chief Executive Officer<br>1411 N. 27th Ave.<br>Phoenix, AZ 85009 |
| Fischer Group | Attn President/ Chief Executive Officer<br>305 S. Andrews<br>Fort Lauderdale, FL 33301 |
| Fischer Group | Attn: President/Chief Executive Officer,<br>2601 East Oakland Park Blvd.<br>Fort Lauderdale, FL 33306 |
| FL Hydraulic Machinery | Kathleen M. Miller, Esq.<br>Smith, Katzenstein & Furlow, LLP<br>The Corporate Plaza<br>800 Delaware Avenue, 7th Floor<br>Wilmington, DE 19899 |
| Fleetwing Corp. | John A. Anthony, Esq.<br>Gray Robinson, PA<br>Suite 2200, 201 North Franklin Street<br>P.O. Box 3324<br>Tampa, Florida 33601 |
| Fluid Tech | Attn: President/Chief Executive Officer<br>Fluid Tech Hydraulics<br>8432 Tiogawoods Drive<br>Sacramento, CA 95828 |

| | |
|---|---|
| GCR Pensacola Truck Tire Center | Attn: President/Chief Executive Officer<br>3414 Highway 21<br>Atmore, Alabama 36502 |
| GCR Pensacola Truck Tire Center | Attn: President Chief Executive Officer<br>7801 Rosecran St.<br>Paramount, CA 90723 |
| Gene Jackson Tire Co. | Christoher A. Dawson, Esq.<br>VanAntwerp, Monge, Jones & Edwards, LLP<br>1544 Winchester Ave -- Fifth Floor<br>Ashland, Kentucky 41101 |
| Gene Jackson Tire Co. | Jeffrey P. Wasserman, Esq.<br>Ciconte, Roseman & Wasserman<br>1300 King Street<br>Wilmington, DE 19801 |
| GFC Leasing | Ian Connor Bifferato, Esq. & Garvan McDaniel, Esq.<br>Bifferato, Bifferato & Gentilotti<br>1308 Delaware Ave.<br>P.O. Box 2165<br>Wilmington, DE 19899-2165 |
| GMR Marketing Inc | Attn: Tracey Cornish<br>1999 Bryan Street, Suite 3200<br>Dallas, TX 75201 |
| GMR Marketing Inc | Attn: President/Chief Executive Officer<br>220 E 42nd St., 15th Fl.<br>NYC, NY |
| Goodyear Commercial Tire | Lee Watson, Esq.<br>Wingfoot Commercial Tire Systems, LLC<br>1000 South 21st Street<br>Fort Smith, Arkansas 72901 |
| GSR Construction, Inc. | Attn: President/Chief Executive Officer<br>932 Massachusetts, Suite 304<br>Lawrence, KS 66044 |
| GSR Construction, Inc. | Attn: President/Chief Executive Officer<br>3010 N. State Road 217<br>Brownsburg, IN 46112 |

| | |
|---|---|
| Gullo Ford Mercury | William T. Green III, P.C.<br>11 Greenway Plaza, Suite 2820<br>Houston, Texas 77046 |
| Harbor Graphics Corp. | Christopher A. Camardello, Esq.<br>Winthrop & Weinstine, P.A.<br>225 South Sixth Street, Suite 3500<br>Minneapolis, MN 55402 |
| Harte-Hanks | Chris Reis, Esq.<br>and William D. Sullivan, Esq.<br>Charles J. Brown, III, Esq.<br>300 Delware Avenue, Suite 1700<br>P.O. Box 1630<br>Wilmington, DE 19899 |
| Hick's Petroleum Distributors, Inc. | Attn: Paul Bentley, Registered Agent<br>1710 Snows Mill Ave.<br>Northport, AL 35476 |
| Hick's Petroleum Distributors | Attn: President/Chief Executive Officer<br>6700 MLK, Jr. Blvd.<br>Tuscaloosa, AL |
| Hindley Electronics, Inc. | Attn: President/Chief Executive Officer<br>10703 Kramer Rd.<br>Bowling Green, OH 43402 |
| Hunt & Sons, Inc.<br>c/o Joel Hunt, CEO | |
| Husqvarna Forest & Garden | G. Christohper Meyer, Esq.<br>Squire, Sanders & Dempsey L.L.P.<br>4900 Key Tower<br>127 Public Square<br>Cleveland, Ohio 44114-1304 |
| ID Technologies, Inc. | Attn: President/Chief Executive Officer<br>6555 Powerline Road, Suite 106<br>Ft. Lauderdale, FL 33309 |
| ID Technologies, Inc. | Attn: President/Chief Executive Officer<br>221 East Sample Rd., Suite 204<br>Pompano Beach, FL 33064 |

| | |
|---|---|
| Igloo Products Corp. | Nicole Fiori, Esq.<br>P.O. Box 19322/(77224-9322)<br>1001 W. Sam Houston Parkway NL<br>Houston, Texas 77043 |
| Illuminating Company, The | Jessica E. Price<br>1001 Lakeside Ave., Suite 1600<br>Cleveland, Ohio 44114 |
| Illuminating Company, The | Brouse McDowell<br>1001 Lakeside Ave., Suite 1600<br>Cleveland, Ohio 44114 |
| Industrial Hydraulics | Attn: John Michael Courney, Registered Agent<br>36203 Hwy. 1036<br>Holden, LA  70744 |
| Industrial Hydraulics | Attn: E. Hack Mays, Jr.<br>25677 Elmwood Place<br>Denham  Springs, LA  70726 |
| Industrial Hydraulics | Attn: President/Chief Executive Officer<br>Industrial Supplies Inc.<br>3158 Highway 20 W, Bldg. 1<br>Decatur, AL  35601 |
| Industrial Hydraulics | Attn: President/Chief Executive Officer<br>6614 Langley Drive<br>Baton Rouge, LA  79809-5176 |
| Ingram Trucking Inc | Deborah Fallis, Esq.<br>Heller, Draper, Hayden, Patrick, & Horn, LLC<br>650 Potdras Street, Suite 2500<br>New Orleans, LA  70130-6103 |
| J A M Distributing Company | Marla R. Eskin, Esq.<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE  19801 |
| J&B Auto Supply, Inc. | Attn: President/Chief Executive Officer<br>2523 Stoney Brook<br>Houston, TX  77042 |
| J&B Auto Supply, Inc. | Attn: President/Chief Executive Officer<br>J&B Auto Supply & Machine<br>11635 Highway 105 E<br>Cut And Shoot, TX 77306-5371 |

| | |
|---|---|
| Jeff Falkanger & Associates | Andrea S. Hartley<br>One S.E. 3rd Ave., 28th Floor<br>Miami, Florida 33131-1714 |
| Jeff Falkanger & Associates | Akerman Senterfitt<br>One S.E. 3rd Ave., 28th Floor<br>Miami, Florida 33131-1714 |
| Jimmy's Garage | Attn: President/Chief Executive Officer<br>945 Main St.<br>Wilmington, MA 01887 |
| Joe Jeter Sales | Attn: President/Chief Executive Officer<br>306 Hockaday<br>Garland, TX 75043 |
| John Ray and Sons, Inc. | Michael St. Patrick Baxter, Esq.<br>Covington & Burling<br>1201 Pennsylvania Avenue NW<br>Washington, DC 20004-2401 |
| Kent Demolition Tools | Jeffrey P. Wasserman, Esq,<br>Ciconte, Roseman & Wasserman<br>1300 King Street<br>Wilmington, DE 19801 |
| Keson Industries, Inc. | Attn: President/Chief Executive Officer<br>799 Roosevelt Road<br>Building. 3, Suite 10<br>Glen Ellyn, IL 60137 |
| Keson Industries, Inc. | Attn: President/Chief Executive Officer<br>810 Commerce Street<br>Aurora, IL 60504 |
| Kforce.com | Attn: Roger Hammond<br>101 East Palm Aven<br>Tampa, FL 33605 |
| L&P Financial Services | Attn: President/Chief Executive Officer<br>8905 E. Garvey<br>Rosemead, CA 91770 |
| Laclede Chain Mfg. Co. | Michael Lane<br>Laclede Steel Company<br>440 N. 4th Street, Suite 300<br>St. Louis, MO 63102 |

| | |
|---|---|
| Land & Sea Petroleum, Inc. | Attn: James Angelone,<br>6233 NW 82 Drive<br>Parkland, FL 33067 |
| Land & Sea Petroleum, Inc. | Attn: President/Chief Executive Officer<br>6710 NW 15th Way<br>Fort Lauderdale, FL |
| Lionudakis Wood & Green Waste, Inc. | Attn: President/Chief Executive Officer<br>5980 Outfall Cir<br>Sacramento, CA 95828 |
| Lionudakis Wood & Green Waste, Inc. | Attn: President/Chief Executive Officer<br>25071 E. Jones Rd.<br>Escalon, CA 95320 |
| Little Beaver, Inc | Craig R. Denum, Esq.<br>Storey & Denum, P.C.<br>11757 Katy Freeway, Suite 1010<br>Houston, Texas 77079-1732 |
| Lockhart Tire | Brian A, Lawton, Esq.<br>Metz Lewis LLC<br>11 Stanwix Street, 18th Floor<br>Pittsburgh, PA 15222 |
| M.P.Brine Inc. | Jessica E. Price, Esq.<br>Brouse McDowell<br>1001 Lakeside Ave., Suite 1600<br>Cleveland, Ohio 44114 |
| Maxim Group | Corporation Service Company<br>4845 Jimmy Carter Blvd.<br>Norcross, GA 30093 |
| Maxim Group | Attn: President/Chief Executive Officer<br>2593 Kennesaw Due West Rd., NW<br>Kennesaw, GA |
| Maxout Sourcing Services | Maxout Sourcing Systems<br>Attn: President/Chief Executive Officer<br>P.O. Box 870871<br>Kansas City, MO 64187 |
| Miller Bros. Giant Tire Service | Suzanne Hill, Esq.<br>Potter Anderson & Corroon LLP<br>1313 N. Market St.<br>P.O. Box 951 |

| | |
|---|---|
| | Wilmington, DE 19899-0951 |
| Miller Spreader Co | Attn:  Carl G. James, Esq.<br>8000 Hub Parkway<br>Cleveland, Ohio  44125 |
| Mission Critical System | Attn: President/Chief Executive Officer<br>1347 E Sample Rd<br>Pompano Beach, FL 33064 |
| Mobile Products Inc. | Attn: President/Chief Executive Officer<br>201 W Oklahoma Ave<br>Fairview, OK 73737 |
| Mobile Storage Group Inc. | Attn:  Carl N. Kunz, III<br>222 Delaware Ave., 10th Floor<br>PO Box 2306<br>Wilmington, DE 19899 |
| Morgan Auto Supply Co. | Earl G. Covington<br>5225 Katy Freeway, Suite 206<br>Houston, TX  77007 |
| Morgan Auto Supply Co. | Attn: President/Chief Executive Officer<br>1219 South Street<br>Pasadena, TX  77503 |
| Morgan Guaranty Trust Co. | Attn: President/Chief Executive Officer<br>500 Stanton Christiana Rd.<br>Newark, DE  19713 |
| Morgan Marshall Industries, Inc. | Attn: President/Chief Executive Officer & Stanley Jewell<br>1400 N. 25th St.<br>Melrose Park, IL  60160 |
| Multiquip Inc. | Richard Macias, Esq.<br>Creim, Macias & Koenig LLP<br>633 West 5th Street, 51st Floor<br>Los Angeles, CA  90071 |
| Multiquip Inc. | Jane C. Fennelly, Esq.<br>Creim, Macias & Koenig LLP<br>633 West 5th Street, 51st Floor<br>Los Angeles, CA  90071 |

| | |
|---|---|
| Mutual Industries | Attn: President/Chief Executive Officer<br>720 Grange St.<br>Philadelphia, PA 19120 |
| Naab Consulting Corp. | Bradley S. Shraiberg, Esq.<br>Arnstein & Lehr LLP<br>2424 N. Federal Highway, Suite 462<br>Boca Raton, FL 33431 |
| Nabors Radiator & Electric | Attn: President Chief Executive Officer and J.R. Nabors,<br>617 25th St. South<br>Birmingham, AL 35233 |
| NACM | NACM of Colorado<br>Attn: Dennis Bedingfireld, Registered Agent<br>777 S. Wadsworth, Suites 2-100<br>Lakewood, CO 80226 |
| NACM | Attn: President/Chief Executive Officer<br>NACM Southwest<br>1915 Westridge Dr.<br>Irving, TX 75038 |
| NAPA Auto Parts | Kim Robinson, Esq.<br>Barack Ferrazzano Kirschbaum Perlman & Nagelberg LLP<br>333 West Wacker Drive, Suite 2700<br>Chicago, Illinois 60606 |
| NAPA Auto Parts of Franklin | Attn: President/Chief Executive Officer<br>1545 Columbia Ave<br>Franklin, TN 37064 |
| Nashville Tractor & Equip. Inc | Stephen W. Spence<br>1200 North Broom Street<br>Wilmington DE 19806 |
| Neff Rental, Inc. | Brian A. Burden, Esq.<br>Post Office Box 767<br>Tampa, Florida 33601-0767 |
| Nickey Petroleum Co., Inc. | Gary Hickman<br>1800 W. Katella Ave., Ste. 101<br>Orange, California 92867 |
| Nortrax Equipment Co. South LA | William D. Sullivan, Esq.<br>300 Delaware Avenue, Suite 1700<br>P.O. Box 1630<br>Wilmington, DE 19899 |

-14-

| | |
|---|---|
| Nortrax Equipment Co. South LA | Charles J. Brown, III, Esq.<br>300 Delaware Avenue, Suite 1700<br>P.O. Box 1630<br>Wilmington, DE 19899 |
| Nortrax NE, LLC | William D. Sullivan, Esq.<br>300 Delaware Avenue, Suite 1700<br>P.O. Box 1630<br>Wilmington, DE 19899 |
| Nortrax NE, LLC | Charles J. Brown, III, Esq.<br>300 Delaware Avenue, Suite 1700<br>P.O. Box 1630<br>Wilmington, DE 19899 |
| Nortrax SE, LLC | Rory M. Smith, Esq.<br>Sentry Insurance Claims<br>4400 E. 53rd St.<br>P.O. Box 8022<br>Davenport, IA. 52808 |
| Nortrax SE, LLC | William D. Sullivan, Esq.<br>The Nemours Building, Suite 1110<br>1007 N. Orange St.<br>Wilmington, DE 19899 |
| Nstar Electric & Gas Corporation | Michael K. Callahan, Esq.<br>800 Boylston Street, 17th Floor<br>Boston, Massachusetts 02199 |
| Office Management Systems, Inc. | Amy Elizabeth Evans, Esq.<br>Cross & Simon LLC<br>913 N. Market Street, Suite 1001<br>PO Box 1380<br>Wilmington, DE 19899 |
| Morgan Tire & Auto, Inc. d/b/a Olson Tire Total Car Care | Mr. Morgan, President<br>2023 Sunnydale Blvd.<br>Clearwater, FL 33765 |
| Morgan Tire & Auto, Inc. d/b/a Olson Tire Total Car Care | Mr. Morgan, President<br>2021 Sunnydale Blvd.<br>Clearwater, FL 33765 |
| Original Equip. Replacement Parts | Richard Turner, President<br>3700 Fiscal Court<br>River Beach, FL 33404-1723 |

| | |
|---|---|
| Original Equip. Replacement Parts | Richard Turner, Registered Agent<br>4624 Holly Drive<br>Palm Beach Gardens, FL 33410 |
| Orlando Industrial Contractors | Alan L. Chochran, President<br>P.O. Box 590728<br>Orlando, FL 32859-0728 |
| OTR Tire & Supply Co. | Larry Reid, President<br>13075 Newburgh Road<br>Livonia, MI 48150-5009 |
| Overland Machinery Co. | Butch Crum<br>182 Crum Drive<br>Reynoldsburg, OH 43068 |
| Pacific Century Leasing | Michael R. Lastowski, Esq.<br>Duane Morris LLP<br>1100 North Market St., Suite 1200<br>Wilmington, DE 19801-1246 |
| Palmer Distributing & Sales | Virginia A. Zrake, Esq.<br>WHITNEY & BOGRIS, LLP<br>34382 Carpenters Way<br>P.O. Box 247<br>Lewes, DE 19958 |
| Palmer Distributing & Sales | Michael Bouillet, Esq.<br>WHITNEY & BOGRIS, LLP<br>34382 Carpenters Way<br>P.O. Box 247<br>Lewes, DE 19958 |
| Parkway Truck Sales, Inc. | Joanne M. Wilson, Esq.<br>Law Offices of Joanne M. Wilson, P.C.<br>2393 Surf Drive<br>Bellmore, New York 11710 |
| Partner Industrial Products | Genevieve Silveroli, Esq.<br>Electrolux<br>18013 Cleveland Parkway, Suite 100<br>P.O. Box 35920<br>Cleveland, Ohio 44135-0920 |
| Partner Industrial Products | G. Christopher Meyer, Esq.<br>Squire, Sanders & Dempsey L.L.P.<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1304 |

| | |
|---|---|
| Parts Associates | Scott N. Opincar, Esq.<br>McDonald Hopkins Co., LPA<br>2100 Bank One Center<br>600 Superior Avenue, N.E.<br>Cleveland, Ohio 44114-2653 |
| Penick, Parr & Associates | Wayne Gotcher, President<br>7440 North Oracle Road #7<br>Tucson, AZ 85704 |
| Peterson Tire Inc | Jeffrey Philip Wasserman, Esq.<br>Ciconte, Roseman & Wasserman<br>1300 King Street<br>Wilmington, DE 19801 |
| Pipeline Supply & Service | Jeffrey P. Wasserman, Esq.<br>Ciconte, Roseman & Wasserman<br>1300 King Street<br>Wilmington, DE 19801 |
| Pratt & Whitney Canada, Inc. | Bifferato, Gentilotti & Biden<br>Attn: Catherine Zwolak Kilian, Esq.<br>1308 Delaware Avenue<br>P.O. Box 2165<br>Wilmington, DE 19899-2165 |
| Pro Chem Cleaning | Stephanie J. Ward, Esq.<br>Brown Mccarroll, L.L.P.<br>2001 Ross Avenue, Suite 2000<br>Dallas, Texas 75201 |
| Progressive Tractor Corp | Randy Mathews, President<br>1200 N. Walton Walker Boulevard<br>Dallas, TX 75211-1052 |
| Progressive Tractor Corp | Attn: Gary W. Stansberry, Registered Agent<br>2718 Sea Harbor<br>Dallas, TX 75212 |
| Promotion Solution, Inc. | Attn: John D. Cartmill, Registered Agent (or CEO)<br>8374 Allison Avenue<br>La Mesa, CA 91941 |
| Quick Corner, "Citgo" | Jennifer L. Scoliard, Esq.<br>Klehr, Harrison, Harvey, Branzburg & Ellers, LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801-3062 |

| | |
|---|---|
| Reeder Distributors Inc | Gary M. Reeder, President<br>Bill Kluge, Chief Financial Officer<br>Linda F. Reeder, Treasurer<br>Jim Moore, Vice-President<br>5450 Wilbarger Street<br>Fort Worth, TX  76119-4238 |
| Reeder Distributors Inc | Gary Reeder, President<br>821 E. Loop 820<br>Fort Worth, TX 76120-1311 |
| Reeder Distributors Inc | Gary M. Reeder, President<br>Linda Reeder, Secretary/Treasurer<br>4603 Meandering Way<br>Colleyville, TX  76034 |
| Relizon | Stephen M. Miller, Esq.<br>Morris,James,Hitchens & Williams<br>222 Delaware Ave., 10th Fl.<br>Wilmington, DE  19899-2306 |
| Rentlink Inc | Eric H. Lindenman, Esq.<br>Harris Beach LLP<br>805 Third Avenue<br>New York, New York  10022 |
| Rhode Island Tire Co. Inc. | Attn:  Ron Holland, President<br>370 Smith Street<br>North Kingstown, RI  02852-8508 |
| Rhode Island Tire Co. Inc. | Attn: Ronald Lawton Holland, President<br>26 Camp Avenue<br>North Kingstown, RI  02852 |
| Rish Equipment Company | Christopher Loizides, Esq.<br>Loizides & Associates<br>Legal Arts Building<br>1225 King Street, Suite 800<br>Wilmington, Delaware  19801 |
| Robertson Fleet Services | John Nichols, President<br>Joe Benavides, VP Finance<br>Yancy M. Robertson, Registered Agent<br>964 Irving Blvd.<br>Dallas, TX  75247-6294 |
| S&D Tire, Inc. | Ron L. Daetweiler, President<br>P.O. Box 6560<br>Anaheim, CA 92816-0560 |

| | |
|---|---|
| Saber Fleet Services, Inc. d/b/a Weiland Tire Service | Attn: President/CEO<br>Kenneth R. Moore<br>15600 Bourline Road<br>Fort Worth, TX 76111 |
| Saber Fleet Services, Inc. d/b/a Weiland Tire Service | Attn: Eric Speck, Vice President<br>4200 American Blvd.<br>Fort Worth, TX 76155-2102 |
| Saber Fleet Services, Inc. d/b/a Weiland Tire Service | Attn: Robert Weiland, Director<br>4708 Osage Ct.<br>Arlington, TX 76018 |
| Saber Fleet Services, Inc. d/b/a Weiland Tire Service | Attn: Kenneth R. Moore, Registered Agent<br>P.O. Box 161217<br>Ft. Worth, TX 76161-1217 |
| Saber Fleet Services, Inc. d/b/a Weiland Tire Service | Attn: Kenneth Moore, President<br>1328 Oakwood Court<br>Flower Mound, TX 75028 |
| Sanford Auto & Truck Parts | David L. Finger, Esq.<br>Finger & Slanina, LLC<br>One Commerce Center<br>1201 Orange Street, Suite 725<br>Wilmington, DE 19801-1155 |
| Scotty's Oil Company, Inc. | Karen C. Bifferato, Esq.<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>PO Box 2207<br>Wilmington, DE 19899 |
| Seay Oil Company | Attention: President/Chief Executive Officer<br>700 W. McNeil Road<br>Sanford, NC 27330 |
| Sellers Petroleum Products, Inc. | Ted B. Bowen, Esq.<br>1405 W. 16th St.<br>Yuma, AZ 85364 |
| Services & Materials (Flex-O-Lite, Inc.) | Barbara J. Hartung, Esq.<br>Lathrop & Gage L.C.<br>10 S. Broadway, Suite 1300<br>St. Louis, MO 63102 |

| | |
|---|---|
| The Sherwin-Williams Co. | Joseph M. Scaminace, President & CEO<br>101 Prospect Avenue, NW<br>Cleveland, OH  44115-1075 |
| Skil Bosch, SB Power Tool Co. | Luke Baer, Secretary<br>Robert Bosch Tool Corporation<br>  formerly S-B Power Tool Corporation<br>2800 S. 25th Avenue<br>Broadview, IL  60155-4532 |
| SoCo Group | Patricia P. McGonigle<br>222 Delaware Ave., Suite 1500<br>Wilmington, DE  19899 |
| Son Coast Hauling, L.L.C. | Christopher Ryles<br>509 Highway 85 North<br>Niceville, FL  32578 |
| Southeastern Crane | Luke Baer, Secretary<br>Robert Bosch Tool Corporation, f/k/a S-B Power Tool Corp.<br>2800 S 25th Avenue<br>Broadview, IL  60155-4532 |
| Southern Energy Company (d/b/a Cougar Oil, Inc.) | J. Larry Jones, President<br>Cougar Oil, Inc.<br>1411 Water Avenue<br>Post Office Box 1800<br>Selma, AL  36702-1800 |
| Southern Linc | Eric T. Ray, Esq.<br>Balch & Bingham LLP<br>P.O. Box 306 (35201)<br>1901 Sixth Avenue North, Suite 2600<br>Birmingham, AL 35203 |
| Spectra Precision d/b/a Trimble | Paul Rimas, Esq.<br>Trimble Navigation Limited<br>Legal Department<br>749 N. Mary Avenue<br>Sunnyvale, CA  94085 |
| Speedway New Holland | Scott Smith, Sr. Counsel<br>CNH America, LLC,<br>P.O. Box 1895, M.S. 237<br>New Holland, PA  17557-0903 |
| Staffing Master.Com | Jeff Brown, CEO<br>1188 Bell Road - Suite 206<br>Chagrin Falls, OH 44022-6101 |

| | |
|---|---|
| Star Tire Company, Inc. | Michael F. Duggan, Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 N Broom Street<br>Wilmington, DE  19806-4204 |
| Sterling Truck of Utah | Mark S. Swan, Esq.<br>Swan Law Firm, PLC<br>2240 South 5370 West<br>West Valley City, Utah  84120 |
| Stihl Inc. National Accounts | James H. Joseph, Esq.<br>McGuire Woods LLP<br>Dominion Tower<br>625 Liberty Avenue, 23rd Floor<br>Pittsburgh, PA  15222 |
| Stone Construction Equip. Inc. | Robert J. Fien, Chairman and CEO<br>8662 Main Street<br>Honeoye, NY  14471-9634 |
| Stone Construction Equip. Inc. | Lynne Woodworth, President<br>8662 Main Street<br>Honeoye, NY  14471-9634 |
| Sullivan Palatek Inc | Jeffrey Philip Wasserman, Esq.<br>Ciconte, Roseman & Wasserman<br>1300 King Street<br>Wilmington, DE 19801 |
| Sun Coast Resources Inc | Attn: Kathy E. Lehne, Registered Agent<br>6922 Cavalcade St.<br>Houston, TX  77028 |
| Tacony Corporation | Jeffrey P. Wasserman, Esq.<br>Ciconte, Roseman & Wasserman<br>1300 King Street<br>Wilmington, DE  19801 |
| Terex Aerials, Inc. d/b/a Terex Cranes | Ronald M. Defeo, President<br>500 Post Road E, Suite 320<br>Westport, CT  06880 |
| Terex Aerials, Inc. d/b/a Terex Cranes | Eric Cohen, Secretary<br>500 Post Road E, Suite 320<br>Westport, CT  06880 |

| | |
|---|---|
| Terex Aerials, Inc. d/b/a Terex Cranes | Brian Henry, Treasurer<br>500 Post Road E, Suite 320<br>Westport, CT  06880 |
| Texana Machinery Corp. | Donald M. Cook, President<br>Robert Glasscock, Treasurer<br>4146 IH 10E<br>San Antonio, TX  78219-4014 |
| Texana Machinery Corp. | Mike Gudknecht, Chief Financial Officer<br>Robert Glasscock, Treasurer<br>4146 IH 10E<br>San Antonio, TX  78219-4014 |
| Tex-Con Oil Company<br>(Hays City Corporation d/b/a) | Kevin J. Mangan, Esq.<br>Monzack and Monaco, P.A.<br>1201 N. Orange St., Suite 400<br>Wilmington, DE  19801 |
| Tioga, Inc. | Karen C. Bifferato, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 |
| Tioga, Inc. | Marc J. Phillips, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 |
| Tioga, Inc. | Amy J. Swedberg, Esq.<br>Maslon Edelman Borman & Brand, LLP<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402 |
| TIP, Dept. 0501 | Martin J. Weis, Esq.<br>Dilworth Paxson LLP<br>3200 The Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA  19103 |
| Tire Centers, LLC | Roy Brumfeld, President & CEO<br>310 Inglesby Parkway<br>P.O. Box 218<br>Duncan, SC 29334 |

| | |
|---|---|
| TMP Worldwide n/k/a Monster Worldwide | Carl N. Kunz, III, Esq.<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Ave., 10th Floor<br>P. O. Box 2306<br>Wilmington, DE  19899-2306 |
| TMP Worldwide n/k/a Monster Worldwide | Patrick M. Leathern, Esq.<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Ave., 10th Floor<br>P. O. Box 2306<br>Wilmington, DE  19899-2306 |
| Triton Transport, Inc. | Arthur Handy, President<br>7820 Chubb Road<br>Northville, MI  48167-9604 |
| Truck Lease Corp. d/b/a AMI Leasing | Glenn A. Manochi, Esq.<br>Lightman, Manochi & Christensen<br>1520 Locust Street, 12th Floor<br>Philadelphia, PA 19102 |
| Truck PM Corporation | Darwin E. Niemtschk<br>3322 Jane Lane<br>Dallas, TX  75247 |
| Tsurumi America, Inc. | Richard W. Riley, Esq.<br>Duane Morris LLP<br>1100 North Market St., Suite 1200<br>Wilmington, DE  19801 |
| Tullo Truck Stop | Bayard J. Snyder, Esq.<br>Snyder & Associates<br>300 Delaware Avenue, Suite 1014<br>P.O. Box 90<br>Wilmington, DE  19899 |
| Unifirst Corp. | Brian H. Mukherjee, Esq.<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109 |
| Uniontools, Inc. | Jack R. Pigman, Esq.<br>Porter, Wright, Morris & Arthur LLP<br>41 South High Street<br>Columbus, Ohio  43215 |
| US Imaging Solutions | Michael R. Casey, Esq.<br>Greenberg Traurig, P.A.<br>401 East Las Olas Blvd., Suite 2000<br>Fort Lauderdale, Florida  33301 |

| | |
|---|---|
| US Markets, Inc. | Jeffrey P. Wasserman, Esq.<br>Ciconte, Roseman & Wasserman<br>1300 King Street<br>Wilmington, DE 19801 |
| Valley Rubber & Gasket | Larry Chavez, Vice President and CFO<br>10182-C Croydon Way<br>Sacramento, CA 95827 |
| Valley Tire Co., Inc. | Arthur Metz, Controller<br>15 McKean Avenue<br>Charleroi, PA 15022 |
| Valvoline Company, The | Reginald W. Jackson, Esq.<br>Vorys, Sater, Seymour & Pease LLP<br>52 E. Gay Street<br>Columbus, OH 43215 |
| Vector Security, Inc. | Ronald D. Morelli, Esq.<br>Pietragallo, Bosick & Gordo<br>One Oxford Centre, 38th Floor<br>Pittsburgh, PA 15219 |
| Vermeer Equipment of Texas | Brian A. Sullivan, Esq. and Amy D. Brown, Esq.<br>300 Delaware Ave., 10th Floor<br>Wilmington, DE 19801 |
| Vermeer Manufacturing Co. | Ricardo Palacio, Esq.<br>Ashby & Geddes, P.A.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899 |
| Vermeer Northeast | Polly J. Feigenbaum, Esq.<br>Segel, Goldman, Mazzotta & Siegel, P.C.<br>9 Washington Square<br>Albany, NY 12205 |
| Vermeer Sales and Service of Southern Ohio, Inc. | Bruce W. McCullough, Esq.<br>McCullough & McKenty, P.A.<br>824 Market Street, Suite 412<br>P.O. Box 397<br>Wilmington, DE 19899-0397 |
| Vermeer of Tennessee, Inc. | Joseph Grey, Esq.<br>Stevens & Lee, P.C.<br>300 Delaware Avenue, Suite 800<br>Wilmington, DE 19801 |

| | |
|---|---|
| Vermeer Sales & Service of Colorado, Inc. | Jon L. Scott, Chief Executive Officer<br>5801 E. 76th Avenue<br>Commerce City, CO 80022-1061 |
| Vermeer Sales & Service of Colorado, Inc. | Lavern K. Scott, Registered Agent<br>5801 E. 76th Avenue<br>Commerce City, CO 80022-1061 |
| Vermeer Sales of Texas | Attn: Carl Van Roekel, Chairman of the Board<br>4455 Director Dr.<br>San Antonio, TX 78219-3205 |
| Vermeer Sales of Texas | Carl Van Roekel, President/Treasurer<br>7675 Airport Blvd.<br>Houston, TX 77061 |
| Vermeer Sales of Texas | Ruth Van Roekel, Vice President<br>7675 Airport Blvd.<br>Houston, TX 77061 |
| Vickers & Associates, Inc. | Terry Vickers, Chief Executive Officer<br>104 Greystone Dr.<br>Carrollton, GA 30116-5104 |
| Vickers & Associates, Inc. | Debbie Vickers, Vice-President<br>104 Greystone Dr.<br>Carrollton, GA 30116-5104 |
| Vickers & Associates, Inc. | James Vickers, President<br>104 Greystone Dr.<br>Carrollton, GA 30116-5104 |
| Vic's Tire Service | Victor Almaguer<br>1712 East Riverside<br>Austin, TX 78741 |
| Viking Oil | Jeffrey P. Wasserman, Esq.<br>Ciconte, Roseman & Wasserman<br>1300 King Street<br>Wilmington, DE 19801 |
| The Voltech Company | Gerardo I. Solarte, President<br>2201 S.W. 14th Street<br>Fort Lauderdale, FL 33312 |

| | |
|---|---|
| Wayne Miller's Mobile Tire, Inc. | Mr. Wayne Miller<br>P.O. Box 491<br>Pine Valley, CA |
| Wendel, Randy | Randy Wendel<br>119 Sleepy Hollow Drive<br>Lake Jackson, TX 77566 |
| Worcester Truck Body Inc | Attn: Richard Dufault, President<br>5 Cold Spring Dr.<br>Grafton, MA 01519 |
| Worcester Truck Body Inc | Attn: Doris Dufault, Treasurer<br>5 Cold Spring Dr.<br>Grafton, MA 01519 |
| Worcester Truck Body Inc | William Sharp, President<br>Richard Sharp, VP Finance<br>323 SW Cutoff<br>Worcester, MA 01604-2713 |
| World Wide Welding & Press, Inc. | Attn: Bernard E. Brooks<br>4800 Sugar Grove Blvd., Suite 610<br>Stafford, TX 77477 |
| Original Equipment Replacement Parts | Bradley S. Shraiberg, Esq.<br>Kluger, Peretz, Kaplan & Berlin PL<br>20283 State Road 7<br>Suite 300<br>Boca Raton, FL 33498 |
| | |