## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 9th day of August, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

Mr. Robert Matz, Chairman
*M-L Holding Company*
4601 Washington Boulevard
Baltimore, MD 21227


_____
Mary E. Augustine (No. 4477)

617349v1